a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZAGIR MUKHAMEDIAROV<br>A249-130-268,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-02094<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| U S IMMIGRATION & CUSTOMS ENFORCEMENT,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) filed by pro se Petitioner Zagir Mukhamediarov ("Mukhamediarov"), an immigration detainee at River Correctional Center in Ferriday, Louisiana. Mukhamediarov challenges the legality of his continued detention.

Because additional information is necessary to evaluate Mukhamediarov's claim, he must AMEND the Petition.

I. **Background**

Mukhamediarov provides no information regarding his nationality and citizenship. He alleges that he was ordered removed to an unspecified country on June 9, 2025, and was granted withholding of removal. ECF No. 1 at 5. Mukhamediarov asserts that there is no substantial likelihood of his removal in the reasonably foreseeable future. *Id.*

1

II.  Law and Analysis

The Constitution prohibits indefinite detention of immigration detainees. Accordingly, detention beyond the 90 day removal period is only allowed for a period reasonably necessary to bring about a detainee's removal from the United States. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). Detention for up to six months is presumed reasonable. *Id.*

After six months, if a detainee provides good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the government must respond with evidence sufficient to rebut that showing. The six-month presumption does not mean that every alien not removed must be released after six months. To the contrary, an alien may be held in confinement until it has been determined that there is no significant likelihood of removal in the reasonably foreseeable future. *See Zadvydas,* 533 U.S. at 701.

Mukhamediarov does not allege reasons why his removal is unlikely to occur in the reasonably foreseeable future. Accordingly, he must amend the Petition to provide information regarding his nationality and citizenship; the country to which he was ordered removed; information regarding the order of withholding; any alternative countries to which he was ordered removed; and any reasons why he believes his removal is not substantially likely to occur in the reasonably foreseeable future. Mukhamediarov should also provide copies of his removal order, and any other documents to support his Petition.

III. <u>Conclusion</u>

Because additional information is needed to evaluate the Petition, IT IS ORDERED that Mukhamediarov AMEND the Petition as instructed within 30 days.

SIGNED on Monday, February 23, 2026.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE