UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ZAGIR MUKHAMEDIAROV                    CIVIL ACTION NO. 1:25-CV-02094 SEC
#A249-130-268                          P

VERSUS                                 JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS              MAG. JUDGE PEREZ-MONTES
ENFORCEMENT

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Zagir Mukhamediarov's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

THUS DONE in Chambers on this 29th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE